BERNARD J. GOLDBERGER, as Assignee for the Benefit of Creditors of E. A. WHITE ORGANIZATION, INC., etc., Respondent, v. WILLIAM G. MCADOO and Others, Defendants, Impleaded with JOSEPH P. DAY, Individually and as Syndicate Manager, and JOSEPH P. DAY, INC., Appellants.— Order denying motion for

defendants-appellants to disqualify referee and vacate the reference unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.